# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1048

_____

Gregory Honeycutt,     *
      *
      Appellant,     *
      *   Appeal from the United States
    v.     *   District Court for the
      *   Western District of Arkansas.
Judge Phillip Foster, of the Ouachita     *
County District Court, Camden, State     *      [UNPUBLISHED]
of Arkansas, in his individual and     *
official capacities,     *
      *
      Appellee.     *

_____

Submitted: August 3, 2009
Filed: August 18, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Gregory Honeycutt appeals the district court's[1] dismissal of his civil action. After careful de novo review, <u>see</u> <u>Redwood Vill. P'ship v. Graham</u>, 26 F.3d 839, 840 (8th Cir. 1994) (applying a de novo standard of review), we find no basis for reversal. We affirm. <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.